# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE L. STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>DUQUESNE UNIVERSITY OF THE HOLY SPIRIT, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 10-cv-0981<br><br>The Honorable Arthur J. Schwab |

## ORDER

AND NOW, this 1st day of December 2010, upon stipulation of the parties, it is hereby ORDERED that the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

s/ Wayne Ely, Esquire
Wayne Ely, Esquire
Kolman Ely, PC
414 Hulmeville Avenue
Penndel, PA 19047

Counsel for Plaintiff

s/ Martha Hartle Munsch
Martha Hartle Munsch
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222

Counsel for Defendants

BY THE COURT: 12-1-10

_____
United States District Judge