# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE L. STEWART | CIVIL ACTION |
| Plaintiff, | No. 10-0981 |
| v. | |
| DUQUESNE UNIVERSITY OF THE HOLY SPIRIT, t/d/b/a DUQUESNE UNIVERSITY SCHOOL OF LAW | |
| Defendant. | |

## ORDER

AND NOW, this 29th day of March, 2011, upon consideration of Plaintiff's Motion for Permission to File Document Under Seal, *and Opposition thereto* it is hereby ORDERED and DECREED that the Motion is GRANTED. *On or before April 5, 2011, Opposition of* The Clerk of Court shall accept one (1) subsequent filing made by Plaintiff - with a copy of this Order attached - as a motion under seal. ~~strictly maintain the motion and the attachments thereto in a manner that prevents any public view thereof, and otherwise treat the filing as a motion under seal for all purposes.~~

*Filing must then be p[rovided] by the Clerk's Office on ECF. Plaintiff shall serve copy thereof on counsel for defendant on the date that motion is presented to the Clerk's Office*

BY THE COURT

*[signature]*

The Hon. Arthur J. Schwab
United States District Judge